# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-1002-DMS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| ARMANDO QUINTANA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, it is hereby ordered that the Indictment in the above-entitled case be dismissed without prejudice.[1]

**IT IS SO ORDERED.**

Dated: September 21, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

---

[1] The Court is also in receipt of the government's Notice of Withdrawal of Document indicating that the United States erroneously filed a motion to dismiss an information at ECF No. 26. (*See* ECF No. 28.) Good cause appearing, it is further ordered that the motion at ECF No. 26 be withdrawn.